UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE MARQUIS ROGERS, | No. 2:20-cv-2421 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 30, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 7. Petitioner has filed objections to the findings and recommendations. ECF No. 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2020 (ECF No. 7), are adopted in full;

2. Petitioner's motion for stay (ECF Nos. 5, 8) is denied.

3. Grounds Three through Five of the first amended petition are dismissed as untimely and unexhausted and Claim Five is additionally dismissed for failing to state a claim upon which relief can be granted.

4. This case proceeds on Grounds One and Two of the first amended petition.

DATED: January 25, 2021           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE