UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE MARQUIS ROGERS,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | No. 2:20-cv-2421 DAD AC P<br><br><br><br>ORDER |

Petitioner has filed a motion for a thirty-day extension of time to file objections to the October 9, 2024 findings and recommendations. The current deadline is October 30, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 22) is GRANTED; and

2. Petitioner is granted an additional thirty days, up to November 29, 2024, to file any objections.

DATED: October 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE